FILED AND RECORDED
BOSSIER PARISH, LA

2018 DEC 6 AM 10 54

26TH JUDICIAL DISTRICT COURT FOR THE PARISH OF BOSSIER
STATE OF LOUISIANA

158009

NO.                                                                                    DIVISION " "

KIRBY MOORE

VERSUS

NATIONAL UNION FIRE INSURANCE COMPANY OF     DIV. A - CRAIG
PITTSBURGH, PA, HALLIBURTON ENERGY SERVICES,
INC., AND PATRICK BAUGHMAN, JR,

FILED:_____            _____
                                                DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, KIRBY MOORE, person of the full age of majority, and a domiciliary of the Parish of Bossier, State of Louisiana, who, with respect, shows the Court as follows:

1.

That made defednatns herein are: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant hereto; HALLIBURTON ENERGY SERVICES, INC., a foreign corporation authorized to do and doing business in the State of Louisiana at all times relevant hereto; and, PATRICK BAUGHMAN, JR, a person of the full age of majority and a domiciliary of the State of Mississippi. Defendants are liable, jointly and in solido, to plaintiff for the following:

2

That on or about May 10, 2018, at approximatley 4:02 p.m., plaintiff, KIRBY MOORE, was operating a 2006 Mack concrete truck, with permission of its owner, northbound on Swan Lake Rd., at or about its intersection with Industrial Drive in the Parish of Bossier, State of Louisiana.

3.

That at approximately the same time and place, defendant, PATRICK BAUGHMAN, JR., was operating a 2016 Chevrolet Express passenger van, with the

158009

permission of its owner, westbound on Industrial Drive at or about its intersection with Swan Lake Dr. in the Parish of Caddo, State of Louisiana.

4.

That at approximately the same time and place, defendant, PATRICK BAUGHMAN, JR., disregarded a stop sign and collided with the MOORE vehicle, which had the right of way.

5.

That the aforesaid collision sued on herein was the fault of and was proximately caused by defendant, PATRICK BAUGHMAN, JR., in the following, non-exclusive, respects:

(a) by failing to yield the right of way, in violation of RS 32:123

(b) by failing to keep a proper lookout;

(c) by failing to see what should be seen;

(d) by travelling too fast for conditions in violation of La. R.S. 32:64

(e) by operating his vehicle in a reckless manner in violation of La. R.S. 32:58

(f) by turning left when such movement could not be made with reasonable safety in violation of La. R.S. 32:104(A);

(g) by failing to signal intent to turn left in violation of La. R.S. 32:104(B).

6.

That at all times relevant herein, defendant, PATRICK BAUGHMAN, JR., was acting within the course and scope of his employment with HALLIBURTON ENERGY SERVICES, INC., and therefore, pursuant to the Louisiana Civil Code, HALLIBURTON ENERGY SERVICES, INC., is a proper party defendant herein.

7.

That as a result of the aforesaid collision, KIRBY MOORE has sustained personal injury and pecuniary loss, injuries to his body and mind, including but not limited to his neck, back, shoulders, forearms and wrists, together with past and future

158009

mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; past and future loss of earnings and impaired earning capacity; all of which entitles plaintiff, KIRBY MOORE, to recover from defendants damages as are reasonable in the premises.

8.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, under the terms and conditions of which it agreed to insure and indemnify defednants, HALLIBURTON ENERGY SERVICES, INC., and PATRICK BAUGHMAN, JR., from the type of liability asserted herein.

9.

Petitioner shows that this case involves damages which exceed $75,000.00, exclusive of interest and costs.

WHEREFORE, Petitioner, KIRBY MOORE, prays that defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, HALLIBURTON ENERGY SERVICES, INC., and PATRICK BAUGHMAN, JR., be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, KIRBY MOORE, and against defendants, jointly and/or in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

|158009|

ATTORNEY FOR PLAINTIFF
MORRIS BART, LLC
601 POYDRAS STREET
SUITE 2400
NEW ORLEANS, LA 70130
TELEPHONE: (504) 599-3238
FACSIMILE: (866) 524-2202
E-MAIL: plubecki@morrisbart.com

BY: _____
PRZEMEK LUBECKI, NO. 34222

PLEASE SERVE:

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

HALLIBURTON ENERGY SERVICES, INC.
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, STE. 305
BATON ROUGE, LA 70809

PATRICK BAUGHMAN, JR
**Pursuant to the Louisiana Long-Arm LA R.S. 13:3201, et seq.**
By serving
PATRICK BAUGHMAN, JR
303 SPRING HILL AVE
RALEIGH, MS 39153-6015
*Via certified mail*

PATRICK BAUGHMAN, JR
303 SPRING HILL AVE
RALEIGH, MS 39153-6015
**Pursuant to the Non-Resident Motorist Act LA R.S. 13:3474, et seq.**
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

$800.00/Ck

# MORRIS BART, L.L.C.
ATTORNEYS AT LAW

Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Vincent L. Bowers, LA, MD, D.C.
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
Jamee L. Leathem, LA
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
Dennis N. Thomson, LA, AL, AR
Abby L. Roberts, LA, AR
Paige Patriarca, LA
Patrick H. Gibbons, LA
David Lawson, LA
Raynique Kaslen, LA
Esmeralda Graham, LA, NM
Lauren Pille, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Kelley Mackenroth, LA
Matthew Hemmer, LA, OH, KY
Sophia Johnson, LA, IL, TX
Jeffrey Lual, LA, TX
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Shalana Loehn, LA, MA
Reshonda Thompson, LA
Kim Paul, LA
Linda Gonzales, LA
J.D. Parker, LA
Kelly Johnson, LA
Travis Williams, LA
Alaina Brandhurst, LA
Lindsay Topp, LA, MS, CA
Brooke Bond, LA
Adam Bosso, LA
Tamyra Craig, LA
Betsy Barnes, LA
John Richards, LA, AR
Brian Buchert, LA
Lauren Sullivan, LA, MS
Richard (Rick) Root, LA
Paul Villalobos, LA
Pamela Hansen, LA
Alexandria Elliot, LA, AL
Lauren Godshell, LA, TX, CA
John Enochs, LA, TX, MS, KY
Spencer Gulden, LA, TX
Christine Brandt, LA, AL
Natalie Kobetz, LA
Sarah Constant, LA
Brittany Ceronie, LA
Aaron Hurd, LA
Peter Russell, LA
Faye Sheets, LA, TN
Rebekah Capers, LA
Kelly Thibeaux, LA
Thelia Eaby, LA
Jacob Goehring, LA
Bevan Sabo, LA
Melodie Molina, LA

OF COUNSEL
Shannon Rodriguez, LA
Darryl Dungan, LA, FL
Kristi Tamura, LA
Duke Morgan, LA
Kathryn Cox, LA
Mark Lumpkin, LA
Stephanie Roberts, LA
Edward Boudreaux, LA
Melissa Herman, LA
Katherine Lobrano, LA
John White, LA

ADMINISTRATOR
Mark Duhon

Pan American Life Center, 601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130-6036

Telephone 504.525.8000
Fax 504.599.3380

Writer's Direct Dial: (504) 599-3264
Writer's Direct Facsimile: (866) 524-2202
E-mail: mezell@morrisbart.com

158009
DIV. A - CRAIG

December 5, 2018

<u>Via Overnight Delivery 813941041500</u>
Clerk of Court
26th Judicial District Court, Bossier Parish
204 Burt Boulevard, Third Floor
Benton, LA 71006

RE:   Kirby Moore vs. National Union Fire Insurance Company, et al

Dear Clerk:

Please find attached a Petition for Damages which I would appreicate your filing with the court, effecting service on the proper parties and returning a conformed copy back to me in the enclosed self-addressed, stamped envelope. Also, please return a certified copy of the peition so that I may effect service on Patrick Baughman through the Louisiana Long Arm. I have enclosed our firm's check in the amount of $800.00 for your filing costs of same.

With kind regards, I am,

Sincerely,

/s/Melissa Ezell

Melissa Ezell
Assistant to Przemek Lubecki

me
enclosures

FILED
DEC - 6 2018
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

New Orleans          Baton Rouge         Shreveport          Lafayette           Monroe              Alexandria
504.525.8000         225.925.8000        318.222.9000        337.233.4200        318.807.1000        318.561.7700
         Lake Charles          Gulfport              Pascagoula            Hattiesburg           Mobile
         337.477.4600          228.432.9000          228.762.4700          601.583.8000          251.433.2210
Birmingham           Huntsville          Montgomery          Little Rock         Texarkana           Toll Free
205.251.6700         256.539.8300        334.834.1800        501.376.9000        870.772.1669        1.800.876.2244

www.morrisbart.com

202   D4490777

# CITATION

| KIRBY MOORE | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-158009 | |

TO:   HALLIBURTON ENERGY SERVICES INC
      THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
      CAPITOL CORPORATE SERVICES, INC.
      8550 UNITED PLAZA BUILDING, II, STE. 305
      BATON ROUGE, LA 70809

in the Parish of EAST BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:
**PETITION FOR DAMAGES**

Witness the Honorable Judges of our said Court on this the 7TH DAY OF DECEMBER, 2018

JILL M. SESSIONS, CLERK OF COURT

Deputy Clerk
Bossier Parish, Louisiana

Attorney:
MORRIS BART, LLC
PRZEMEK LUBECKI
601 POYDRAS STREET, SUITE 2400
NEW ORLEANS, LA 70130
504-599-3238

DEC 21 2018

## SERVICE INFORMATION

UNSERVED
PERSONAL
DOMICILIARY _____ GIVEN TO _____

DATE
REMARKS

FILED
JAN 09 2019

DEPUTY CLERK
DEPUTY SHERIFF 26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

Made service on the named party
by tendering a copy of this document on this day

DEC 28 2018

W. GORDON
R. Landry #0675
Deputy Sheriff, Parish of East Baton Rouge, LA

**Sid J. Gautreaux**
**Sheriff East Baton Rouge Parish**

Clerk of Court  Bossier Parish
P.O. Box 430

Benton, LA 71006

**DISTRICT COURT**
For the Parish of East Baton Rouge
12/27/2018

Case: (08) 158009    KIRBY MOORE vs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA
1,553,431            ET AL

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| CIT | | | |
| 1 | 12/27/2018 | Mileage Charge | $9.36 |

Case Total: $9.36

Total: $9.36

**FILED**
JAN 09 2019
_____
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK

D4490793

# CITATION

| KIRBY MOORE | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-158009 | |

TO:  PATRICK BAUGHMAN, JR
     303 SPRING HILL AVE
     RALEIGH, MS 39153-6015
     **Pursuant to the Non-Resident Motorist Act LA R.S. 13:3474, et seq.**
     LOUISIANA SECRETARY OF STATE
     8585 ARCHIVES AVENUE
     BATON ROUGE, LA 70809

in the Parish of EAST BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:
**PETITION FOR DAMAGES**

Witness the Honorable Judges of our said Court on this the 7TH DAY OF DECEMBER, 2018

JILL M. SESSIONS, CLERK OF COURT

_____
Deputy Clerk
Bossier Parish, Louisiana

Attorney:
MORRIS BART, LLC
PRZEMEK LUBECKI
601 POYDRAS STREET, SUITE 2400
NEW ORLEANS, LA 70130
504-599-3238

FILED
JAN 09 2019
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

## SERVICE INFORMATION

UNSERVED  _____
PERSONAL  _____
DOMICILIARY  _____   GIVEN TO _____

DATE
REMARKS

I made service on the named party through the Office of the Secretary of State on

DEC 28 2018
by tendering a copy of this document to:
KATHY DARDEN

DY.  DY. E. GASPARD 0922
     PHONE # 225-803-1671
     Deputy Sheriff, Parish of East Baton Rouge, LA

DEPUTY SHERIFF  _____
                DEC 21 2018

PERSONAL

D4490785

# CITATION

| KIRBY MOORE | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-158009 | |

TO: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

in the Parish of EAST BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You (as defendant) will have fifteen (15) days after you receive this petition to either file an answer (in writing) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:

**PETITION FOR DAMAGES**

Witness the Honorable Judges of our said Court on this the 7TH DAY OF DECEMBER, 2018

JILL M. SESSIONS, CLERK OF COURT

Deputy Clerk
Bossier Parish, Louisiana

Attorney:
MORRIS BART, LLC
PRZEMEK LUBECKI
601 POYDRAS STREET, SUITE 2400
NEW ORLEANS, LA 70130
504-599-3238

FILED
JAN 08 2019
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

---

## SERVICE INFORMATION

I made service on the named party through the Office of the Secretary of State on

UNSERVED _____
PERSONAL _____
DOMICILIARY _____ GIVEN TO _____

DATE _____
REMARKS _____

DEC 28 2018
by tendering a copy of this document to:
KATHY DARDEN

DY. DY. E. GASPARD 0922
Deputy Sheriff, Parish of East Baton Rouge, LA

DEPUTY SHERIFF

DEC 21 2018                    PERSONAL