UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **KIRBY MOORE** | * | **CIVIL ACTION NO. 5:19-CV-00094** |
| | * | |
| **VERSUS** | * | **JUDGE: S. MAURICE HICKS, JR.** |
| | * | |
| **NATIONAL UNION FIRE INSURANCE** | * | **MAGISTRATE JUDGE HORNSBY** |
| **COMPANY OF PITTSBURGH, PA,** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC., AND PATRICK BAUGHMAN, JR.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff KIRBY MOORE, has settled his claims against all Defendants. Execution of formal settlement documents is expected to follow. Plaintiff requests an appropriate order of compromise and dismissal from the Court.

                                                RESPECTFULLY SUBMITTED:

                                                MORRIS BART, LLC
                                                ATTORNEYS FOR PLAINTIFF
                                                601 POYDRAS STREET, 24TH FLOOR
                                                NEW ORLEANS, LA  70130
                                                TELEPHONE:  (504) 599-3238
                                                FACSIMILE:  (866) 524-2202

                                BY:    /S/ PRZEMEK LUBECKI
                                             PRZEMEK LUBECKI LA34222